IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KAYLA W. [1], <br><br>                      Plaintiff, <br><br>    V. <br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION, <br><br>                      Defendant. | 3:22-cv-00062-MK <br><br> JUDGMENT |

      Based on the Court's Opinion and Order (ECF No. 35), IT IS ADJUDGED that the Commissioner's decision is REVERSED and this case REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for an immediate calculation and payment of benefits.

      Dated this 14th day of December 2023.

                                                    s/ Mustafa T. Kasubhai <br>
                                                    MUSTAFA T. KASUBHAI (He/Him) <br>
                                                      United States Magistrate Judge

---

[1] In the interest of privacy, this Judgment uses only the first name and the initial of the last name of the non-governmental party in this case.