James S. Coon
OSB# 771450
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222
Fax: 503-273-9175
E-mail jcoon@tcnf.legal
Of Attorneys for Plaintiff

Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222
Fax: 503-273-9175
E-mail: ssell@tcnf.legal
Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KAYLA R. WARNER, | Case No.: 3:22-cv-00062-MK |
|         Plaintiff, | |
|    v. | ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |
| COMMISSIONER OF SOCIAL SECURITY, | |
|         Defendant. | |

Based on the Plaintiff's motion, it is hereby ORDERED that attorney fees in the amount of $5,803.73 will be awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under Astrue v. Ratliff, 560 U.S. 586 (2010), and mailed to her attorney, Scott A. Sell, at Mr. Sell's address:  820 SW 2nd Ave., Suite 200, Portland, OR 97204.  There are no costs or expenses.

Dated this <u>4th</u> day of March 2024.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

Presented by:
<u>Scott A. Sell</u>
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff